THIS OPINION HAS NO PRECEDENTIAL VALUE. 
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA 
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Derrick
 Criswell, Appellant.
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-533
Submitted November 1, 2011  Filed December 2, 2011

AFFIRMED

 
 
 
 Appellate
 Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General
 Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy
 Attorney General Salley W. Elliott, and Assistant Attorney General Mark R.
 Farthing, all of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston,
 for Respondent.
 
 
 

PER CURIAM:  Derrick Criswell
 appeals his conviction for distribution of cocaine base, second offense.  Criswell
 argues the trial court improperly enhanced his conviction to a second offense
 using a previous conviction for possession of crack cocaine from 1996.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Passaro, 350 S.C. 499,
 505, 567 S.E.2d 862, 866 (2002) ("[A] guilty plea generally constitutes a
 waiver of non-jurisdictional defects and claims of violations of constitutional
 rights."); State v. Lopez, 352 S.C. 373, 378, 574 S.E.2d 210, 213
 (Ct. App. 2002) (holding an issue must be raised to and ruled upon by the trial
 court in order to be considered on appeal).  
AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur. 

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.